**Order entered July 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00057-CV**

**LEONEL OLIVARES, Appellant**

**V.**

**CHEVRON PHILLIPS CHEMICAL COMPANY, LP, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-00339**

**ORDER**

Before the Court is appellant's July 13, 2022 unopposed motion for a thirty-day extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 19, 2022.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE